# EXHIBIT 1

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
02/16/2024
CT Log Number 545782987

## Service of Process Transmittal Summary

**TO:** KIM LUNDY- EMAIL
Walmart Inc.
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200
BENTONVILLE, AR 72712-3148

**RE:** **Process Served in Oregon**

**FOR:** WALMART INC. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: MCCANTS TIMOTHY // To: WALMART INC. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Marion County Circuit Court of Oregon, OR<br>Case # 24CV03837 |
| **NATURE OF ACTION:** | Personal Injury |
| **PROCESS SERVED ON:** | C T Corporation System, Salem, OR |
| **DATE/METHOD OF SERVICE:** | By Process Server on 02/16/2024 at 12:28 |
| **JURISDICTION SERVED:** | Oregon |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days from the date of service |
| **ATTORNEY(S)/SENDER(S):** | Drake Aehegma<br>DRAKE AEHEGNIA ATTORNEY AT LAW LLC<br>PO Box 8404<br>Portland, OR 97207<br>503-208-5717 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/20/2024, Expected Purge Date: 02/25/2024<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | CT Corporation System<br>780 Commercial Street? SE<br>Ste 100<br>Salem, OR 97301<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT

disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, Feb 16, 2024
**Server Name:** Drop Service

| | |
|---|---|
| Entity Served | WALMART INC. |
| Case Number | 24CV03837 |
| Jurisdiction | OR |

| Inserts | | |
|---|---|---|
| | | |

CIRCUIT COURT FOR THE STATE OF OREGON

COUNTY OF MARION

| | |
|---|---|
| TIMOTHY MCCANTS,<br>Plaintiff,<br>v.<br>WALMART INC., a Delaware corporation;<br>Defendant(s). | Case No.: 24CV03837<br>**SUMMONS** |

TO: WALMART INC. by way of Registered Agent: CT CORPORATION SYSTEM, 780 Commercial St Se Ste 100 Salem OR 97301

You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff will apply to the court for the relief demanded in the complaint.

**NOTICE TO DEFENDANT: READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.

If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 in the Portland metropolitan area or toll-free elsewhere in Oregon at (800) 452-7636



**DRAKE AEHEGMA ATTORNEY AT LAW LLC**
PO Box 8404, PORTLAND, OR 97207 PHONE: (503)-208-5717 DRAKE@AEHEGMALAW.COM

TO THE OFFICER OF OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

Drake Aehegma, OSB 132905
drake@aehegmalaw.com
(ph) 503-208-5717
PO Box 8404,
Portland, OR 97207
Attorney for Plaintiff

1/24/2024 6:12 PM

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MARION

| | |
|---|---|
| TIMOTHY MCCANTS,<br>Plaintiff,<br>v.<br>WALMART INC., a Delaware corporation;<br>Defendants. | Case No.: 24CV03837<br>COMPLAINT<br>(Battery, False Arrest, Negligent Supervision/Retention)<br>Claim subject to mandatory arbitration<br>Prayer amount: $300,000.00<br>Filing Fee: $594 (ORS 21.160(1)(c)) |

Plaintiff Timothy McCants demands a jury trial and alleges as follows:

1.

At all times material, Timothy McCants ("plaintiff") was an individual residing in Stayton Oregon.

2.

Defendant Walmart Inc. (hereinafter, "Walmart") is, and at all times mentioned herein, has been a Delaware corporation engaged in the retail sale of a wide variety of merchandise and goods, including at a store located at 3002 Stacy Allison Way Woodburn OR 97071. Walmart conducts regular, sustained business activity in Multnomah County.

///

///

///

///

///

///

DRAKE AEHEGMA ATTORNEY AT LAW LLC
PO Box 8404, PORTLAND, OR 97207 PHONE: (503)-208-5717 DRAKE@AEHEGMALAW.COM

3.

On or about January 25, 2022, at the store located at 3002 Stacy Allison Way Woodburn OR 97071 agents and employees of defendant Walmart Inc., physically pushed against plaintiff keeping him from leaving the store, wrenched his recently purchased laptop out of his hands keeping the laptop from plaintiff and surrounded plaintiff keeping plaintiff from leaving. Defendant Walmart Inc. had the right of control over all agents described herein.

4.

The above-described use of force on plaintiff was intentional and done with knowledge that pain would result.

5.

The above-described detention was intentional, unlawful, and plaintiff was aware of his detention.

**FIRST CLAIM FOR RELIEF**
(Battery)

6.

Plaintiff incorporates the preceding paragraphs by reference.

7.

As a result of the above-described battery and use of force, plaintiff suffered minor injury, including, pain, discomfort and humiliation, all to his noneconomic damages of $50,000.

8.

Defendants conduct was in deliberate and wanton disregard of defendant's societal obligations, and defendant should be assessed punitive damages in the amount of $50,000 in order to defer defendant and others similarly situated from this and similar kinds of conduct in the future.

**SECOND CLAIM FOR RELIEF**
(False Arrest)

9.

Plaintiff realleges and incorporates all previous paragraphs.

10.

As a result of the above-described detention, plaintiff suffered, continues to suffer, and will in the future suffer from anger, embarrassment, frustration, and humiliation, all to his noneconomic damages in the amount of $50,000.

11.

Defendant's conduct was in deliberate and wanton disregard of defendant's societal obligations, and defendant should be assessed punitive damages in the amount of $50,000 in order to deter defendant and others similarly situated from this and similar kinds of conduct in the future.

**THIRD CLAIM FOR RELIEF**
(Negligent Supervision or Retention)

12.

Plaintiff realleges and incorporates all previous paragraphs.

13.

Walmart was negligent in one or more of the following ways, and such negligence was a cause of all damage alleged in the first and second claims for relief:

1) In retaining the employees who committed battery and false arrest against plaintiff; and

2) In failing to supervise the employees so as to prevent foreseeable violations of customers' rights by those employees.

14.

As a result of the above-described detention, plaintiff suffered, continues to suffer, and will in the future suffer from anger, embarrassment, frustration, and humiliation, all to his noneconomic damages in the amount of $50,000.

15.

The conduct of Walmart and Walmart's employees described herein was in wanton, reckless, and intentional disregard of societal obligations, and constituted a reckless and outrageous indifference to a highly unreasonable risk of harm, and conscious indifference to the health, safety, and welfare of others, and defendant Walmart should be assessed punitive damages in the amount of $50,000 in order to deter defendant and others similarly situated from this and similar kinds of conduct in the future.

PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for a judgment against each defendant Walmart in an amount not to exceed $150,000 in noneconomic damages for all claims, punitive damages against defendant Walmart in an amount not to exceed $150,000 for all claims, and for his costs and disbursements necessarily incurred herein.

Dated this 1/24/2024

Drake Aehegma, OSB No. 132905
Of Attorneys for Plaintiff
drake@aehegmalaw.com